*1245 ante, p. 1214;
486 U. S. 1054;
486 U. S. 1054;
484 U. S. 1057;
485 U. S. 1009;
485 U. S. 1022;
ante, p. 1201;
486 U. S. 1001;
*1246 No. 87-1694.
No. 87-1820.
No. 87-5425.
No. 87-6008.
No. 87-6096.
No. 87-6196.
No. 87-6365.
No. 87-6486.
No. 87-6746.
No. 87-6816.
No. 87-6817.
No. 87-6863.
No. 87-6864.
No. 87-6875.
No. 87-6905.
No. 87-6912.
No. 87-6926.
No. 87-6959.
No. 87-7017.
486 U. S. 1055;
486 U. S. 1044;
485 U. S. 963;
486 U. S. 1061;
486 U. S. 1027;
486 U. S. 1061;
486 U.. S. 1061;
ante, p. 1207;
486 U. S. 1038;
486 U. S. 1045;
486 U. S. 1047;
ante, p. 1220;
ante, p. 1208;
ante, p. 1208;
486 U. S. 1047;
ante, p. 1209;
486 U. S. 1047;
ante, p. 1209; and
ante, p. 1239. Petitions for rehearing denied.